White v Dracker (2024 NY Slip Op 05694)

White v Dracker

2024 NY Slip Op 05694

Decided on November 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, DELCONTE, AND KEANE, JJ.

711 CA 24-00188

[*1]RHIANNON WHITE AND ANTHONY WHITE, SR., AS ADMINISTRATORS OF THE ESTATE OF ANTHONY WHITE, JR., DECEASED, AND RHIANNON WHITE AND ANTHONY WHITE, SR., INDIVIDUALLY, PLAINTIFFS-APPELLANTS,
v
ROBERT DRACKER, M.D., ET AL., DEFENDANTS, AND RAJIV MANGLA, M.D., DEFENDANT-RESPONDENT. (APPEAL NO. 2.) 

KRAMER DILLOF LIVINGSTON & MOORE, NEW YORK CITY (JOHN D. CAGNEY OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
RICOTTA, MATTREY, CALLOCHIA, MARKEL & CASSERT, BUFFALO (COLLEEN K. MATTREY OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Gerard J. Neri, J.), entered January 2, 2024. The order and judgment, upon reargument, adhered to a decision and order granting the motion of defendant Rajiv Mangla, M.D., for summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 16, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: November 15, 2024
Ann Dillon Flynn
Clerk of the Court